**Paulino Alzate NAVA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09-73967.**

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 15, 2012.

Patricia Vargas, Patricia Vargas & Associates, Los Angeles, CA, for Petitioner.

Yanal H. Yousef, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Paulino Alzate Nava, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion by denying Alzate Nava's motion to reopen where he filed the motion seven years after the BIA issued its final order of removal, see 8 C.F.R. § 1003.2(c)(2), and failed to demonstrate the due diligence required to obtain equitable tolling of the filing deadline, see *Iturribarria*, 321 F.3d at 897.

In light of our disposition, we do not address Alzate Nava's remaining contention.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.